

June 18, 2018

*Via eFiling*

Honorable William C. Griesbach
United States District Court
Eastern District of Wisconsin
Green Bay Division
Jefferson Court Building
125 South Jefferson Street, Room 102
Green Bay, WI 54301-4541

>Re: Otis v. Demarasse, et al.
>Case No.: 16-C-285
>Our File No.: 231.231399

Dear Judge Griesbach:

Our firm has been retained to represent the defendant, Kayla J. Demarasse, in the above-captioned matter. On today's day, I filed an Answer to the plaintiff's Amended Complaint which was filed on March 15, 2016. Although the plaintiff also filed a "Second Amended Complaint" on April 4, 2016, the only pleading which contains claims against my client is the Amended Complaint. In light of the Decision of April 2, 2018 from the United States Court of Appeals for the Seventh Circuit which remanded, in part, this matter to the District Court for further proceedings related to the claims against Officer Kayla Demarasse, I am only filing a responsive pleading to the plaintiff's Amended Complaint.

I am forwarding a copy of this letter to the plaintiff at her last reported address.

Thank you.

Very truly yours,

Robert J. Lauer

RJL/jw
cc: Ms. Jill Otis

ONE PARK PLAZA | 11270 WEST PARK PLACE, 5TH FLOOR | MILWAUKEE, WI 53224 | T: 414.577.4000 | F: 414.577.4400

WWW.KASDORF.COM

Milwaukee | Green Bay

A Limited Liability Service Corporation