

\*William R. Wick
John F. Mayer
Christopher R. Bandt
\*\*Jeremy T. Gill
Ryan R. Graff
Justin F. Wallace
Katelyn P. Sandfort
Thomas A. Van Horn
Joshua M. Greatsinger
Sean A. Bukowski
Katherine T. Mayer

1425 Memorial Drive | Manitowoc, WI 54220 | Telephone (920) 684-3321 | Facsimile (920) 684-0544
\* N14 W23777 Stone Ridge Dr., Ste. 170 | Waukesha, WI 53188 | Telephone (262) 408-5515
\*\*Northwoods Office | Cell (920) 242-4525
John F. Mayer (920) 645-6225 | jmayer@nashlaw.com | Sarah Endries (920) 645-6224 | sendries@nashlaw.com

April 9, 2019

**VIA ELECTRONIC FILING**

Judge William C. Griesbach
Eastern District of Wisconsin
Jefferson Court Building
125 South Jefferson Street, Room 102
Green Bay, WI 54301

    **RE:    Jill L. Otis v. Kayla J. Demarasse**
             **Eastern District of WI Case No. 16-C-285**

Dear Judge Griesbach:

Our office recently filed a Motion for Protective Order and/or Quash Subpoenas for the depositions of Ross Hill and Kevin Hill. We would respectfully request that the Motion be withdrawn as the parties have agreed that the depositions will proceed with the understanding that if the Court does not make a decision on our previous Motion for Sanctions by April 17, the depositions will be adjourned.

Thank you kindly for the Court's time and consideration. Please do not hesitate to contact me if you have any questions.

                Respectfully,

                NASH, SPINDLER, GRIMSTAD & McCRACKEN, LLP

                /s/ John F. Mayer

                By:   John F. Mayer

JFM:se
cc:    Attorney Robert Lauer (via efiling)
        Attorney Jacob Sosnay (via email)